UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| IN RE: Yaritza Mercado Bonilla ) | |
| ) | |
| Debtor.            ) | Chapter 7 |
| ) | Case No. 09-71929 |
| ) | Hon. Judge Barbosa |
| _____ ) | Courtroom: 115 |

### NOTICE OF MOTION

TO:    See attached service list

**PLEASE TAKE NOTICE** that on the 20th___day of __May_____ 2009, at _9:30____a.m., or as soon thereafter as counsel shall be heard, counsel shall appear before the Honorable Manuel Barbosa in courtroom _115_____ of the U.S. Bankruptcy Court, Northern District of Illinois, Western Division, Federal Courthouse, 211 S. Court Street, Rockford, IL, 61101 and then and there present **Application To Pay Filing Fee In Installments.**

_____ By: /s/ Michael G. Kelly_____
      Michael G. Kelly

### CERTIFICATE OF SERVICE

The undersigned attorney certifies that he served a copy of Notice Of Motion and Application To Pay Filing Fee In Installments to the above parties on the _14th___ day of ___May_____2009___. The Undersigned further certifies that copies of documents required to be served by Fed R. Civ.P. 5(a) have been served.

_____ By: /s/ Michael G. Kelly_____
      Michael G. Kelly

Michael G. Kelly, Esq.
P.O. Box 0638
Chicago, IL 60690
(773) 556-9239
6273989

Service List

William T. Neary
Office of the U.S. Trustee
Region 11
Room 873
Chicago, IL 60604
Ustpregion11.es.edf@usdoj.gov


James E. Stevens, Esq.
Barrick, Switzer, Long, Balsley
& Van Evera, LLP
6833 Stalter Drive
Rockford, IL 61108
jstevens@bslbv.com